No. 02–6268.  McCormick v. United States.  C. A. 4th Cir.
Certiorari denied.

No. 02–6270.  Quinones v. United States.  C. A. 2d Cir.
Certiorari denied.

No. 02–6271.  Subhan v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 02–6272.  Sykes v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 02–6275.  Brooks, aka Mendoza, aka Martin v. United
States.  C. A. 4th Cir.  Certiorari  denied.

No. 02–6276.  Aleman-Alvarez v. United States.  C. A. 5th
Cir.  Certiorari denied.

No. 02–6278.  Blount v. United States.  C. A. 5th Cir.
Certiorari denied.

No. 02–6279.  Ramirez-Flores v. United States.  C. A. 4th
Cir.  Certiorari denied.

No. 02–6280.  Acevedo v. United States.  C. A. 11th Cir.
Certiorari denied.

No. 02–6282.  Verduzco-Higuera v. United States.  C. A.
9th Cir.  Certiorari denied.

No. 02–6283.  Vong v. United States.  C. A. 8th Cir.  Certiorari denied.

No. 02–6286.  Rossi v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 02–6291.  Reeves v. United States.  C. A. 4th Cir.
Certiorari denied.

No. 02–6292.  Van Dam v. United States.  C. A. 10th Cir.
Certiorari denied.

No. 02–6306.  King v. United States.  C. A. 8th Cir.  Certiorari denied.

No. 02–6307.  Jones v. United States.  C. A. 4th Cir.  Certiorari denied.